GREGORY S. VAN HUSEN
FULL NAME

COMMITTED NAME (if different)

P.O. Box 8457
FULL ADDRESS INCLUDING NAME OF INSTITUTION

LANCASTER CA 93539-8457

# AS 8561
PRISON NUMBER (if applicable)

RDDJ

Received 8-26-25
                (Date)
Scanned at LAC and E-mailed
on 8-26-25 by D.R
     (Date)          (Initials)
Number of pages scanned:
        59

FILED
CLERK, U.S. DISTRICT COURT

08/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY:        GSA        DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Gregory S. Van Husen

PLAINTIFF,

v. FEC - Bureau

House of Rep; Speaker, Hayden
Donald Trump - Color of state law
Mason Sr, Jr. Moore, Gates Jr.

DEFENDANT(S).

CASE NUMBER

2:25-cv-08071-MWF-DFM

_To be supplied by the Clerk_

## CIVIL RIGHTS COMPLAINT
PURSUANT TO _(Check one)_

☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many? _____ 22 _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

l

a. Parties to this previous lawsuit:
Plaintiff _GREGORY S. VanHuisen_

Defendants _TEAUNA MIRANDA_

b. Court _UNITED STATES COURT FOR THE NORTHERN DISTRICT_

c. Docket or case number _24-CU-08939 YGR (PR)_

d. Name of judge to whom case was assigned _YVONJE ROGERS_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _DENYING_

f. Issues raised: _VACATED RELEASE UNLAWFUL HOLDING SEE INGRESS (EGRESS); I WAS VIOLATED LAWFUL ENTRY UNLAWFUL EXIT NO EGRESS DATE WAS 4-11-24_

g. Approximate date of filing lawsuit: _SEE EXHIBIT 2-3 RELATIVE_

h. Approximate date of disposition _7-18-2025_

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☐ Yes ☒ No

   If your answer is no, explain why not _REVERT'S COLOR OF STATE LAW, COST LEAGUE, ORDINANCE, THE EXHAUSTION DOCTRINE_

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _GREGORY S. VanHuisen_
(print plaintiff's name)

who presently resides at _____
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_FEC, HOR, "GENERAL HAYDEN", D. TRUMA - JUNIOR X3_
(institution/city where violation occurred)

```
1
2
3    A. VAN HUISEN VS CTCR
4    B. U.S. COURT FOR THE CENTRAL DISTRICT
5    C. 2:25 CU2067-MWF
6    D. N/A
7    E. PENDING APPEAL
8    F. IMMINENT DANGER - UNLAWFUL DETAINER
9    G.
10   H. 8-2025
11
12   A. VAN HUISEN VS. CTCR
13   B. U.S. COURT; EASTERN DIST.
14   C. 2:24 CU02905 TLNAC
15   D. N/A
16   E. APPEAL / PENDING
17   F. UNLAWFUL DETAINER - IMMINENT DANGER
18   G. N/A
19   H. C-24-2025
20
21   A. VAN HUISEN VS. CDCR
22   B. U.S. COURT; EASTERN DIST.
23   C. 2:23 CU02900 DJC EFB
24   D. N/A
25   E. CASE CLOSED
26   F. IMMINENT DANGER
27   G. N/A
28   H. 8-30-2024
```

PAGE (-7)                    PREPARED FOR THE U.S. COURT
                                        3

1.
2.
3.  A. Van Huisen Vs. Gates Junior
4.  B. U.S. Court, Northern Dist
5.  C. 23-CV-04447 PCP
6.  D. NA
7.  E. Withdrawal
8.  F. A Prince Whose Character is thus Marked by every Act
9.  which may Define a Tyrant is Unfit To Be The Ruler
    G. Of A Free People
    NA
10. H.   3-7-2024

11.
12. A. Van Huisen Vs. DEA
13. B. Ninth Circuit / USSC
14. C. 24-4718
15. D. NA
16. E. Pending
17. F. Writ of Certiorari - Damages Feeling Imminent
18. G.
19. H. 10-23-2024
20.
21. A. Van Huisen Vs. HOR.
22. B. Ninth Circuit / USSC
23. C. 24-4407
24. D. NA
25. E. Pending (Certiorari
26. F. [Duty] Eminent Damzz
27. G.
28. H. 4-23-2025

(Cont.) 4

1.
2.
3.   A. Van Huisen In Re: Habeas Corpus
4.   B. U.S. Court; For The Northern Dist
5.   C. 4:33 CU03355 YGR
6.   D. U/A
7.   E. Pending
8.   F. Autonomous - False Scales, Unlawfu Decminek
9.   G. 10-30-2034
10.  H. Mooing Since 2034
11.
12.  A. Van Huisen In Re: Habeas Corpus
13.  B. U.S. Court, Northern Dist. & Alameda Superior
14.  C. CO 23 1180 For HSO316-7
15.  D. U/A
16.  E. Because Motion (Finding Reopening - Closed
17.  F. Defendant; Federal Id Nos Possibly Undereccer
     ─ Ded
18.  G. Recently Submitted!
19.  H. Pending U/A
20.
21.  A. Van Huisen Vs. Lafrades
22.  B. Ninth Circuit
23.  C. 24-6485
24.  D. U/A
25.  E. Affirmation
26.  F. "Notice Of Dishonor", - Imminent Danger
27.  G. N/A
28.  H. 10-07-2025

Page 3-7

Cont. 5

1.
2.
3.  A. Van Huisen Vs. Chief of Staff; Brown
4.  B. Ninth Circuit
5.  C. 23-5507
6.  D. U/A
7.  E. Closed
8.  F. [Color of State Law] Inminent Danger
9.  G.
10. H. 4-30-2023
11.

12. A. Van Huisen In Re Habeas Corpus
13. B. CSD
14. C. S385756
15. D. U/A
16. E. Closed (Appeal
17. F. Unlawful Conditions - Inminent Danger
18. G.
19. H. 10-30-2024
20.

21. A. Van Huisen In Re Habeas Corpus
22. B. U.S. Court, North District
23. C. 4:23 CV 032 SS 4GR
24. D. U A
25. E. Pending
26. F. Inminent Danger / Unlawful Detainer 8th a.
27. G.    N/A
28. H. 2023

Page 4-7                         Cont. 6

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

A. Van Huisen Vs. Navy
B. U.S. Court, Northern District
C. 24 CV 7015 PCP
D.
E. Case Closed — No Further Advances
F. Unlawful Detainee (Imminent Danger
G.
H. 7-15-2025

A. Van Huisen Vs USAF
B. U.S. Court, Northern District
C. 23-CO 04753 PCP
D. USA
E. Withdrawal
F. The U.S. Insurrection - "The Cruel one"
G.
H. 3-7-2024

A. Van Huisen Vs USA
B. USSC
C. 23-7651
D. USA
E. Closed
F. Leze Majesty - Imminent Danger
G.
H. 10-7-2024

Page 5-7

Cont. 7

1.
2.
3.    A. Van Huisen Vs Doe, John
4.    B. Ninth Circuit
5.    C. 23-2880
6.    D. U/A
7.    E. Case Closed    — Imminent Danger [Interest]
8.    F. Despotism  — Having Created Mock Trials To Get
9.    G. —          Away With The Murders Of These States
             Inhabitants — Murder Of The
10.   H. 2024        Inhabitants Of These States..

11.
12.   A. Van Huisen Vs. Goss, Porter
13.   B. U.S. Court ; Northern Dist.
14.   C. 23-CV-04210
15.   D. U/A
16.   E. Withdrawal
17.   F. Ordinance
18.   G. N/A
19.   H. U/A
20.

21.   A. Van Huisen Vs Nasa
22.   B. Ninth Circuit
23.   C. 24-2414
24.   D. U/A
25.   E. Concluded
26.   F. Undocumented Aliens [Inadversum
27.   G.              — Imminent Danger
28.   H. 1 — 24-2025

Pages — 7

Cont. 8

1.
2.
3.      A. VAN HUISEN Vs. BURNS, BILL
4.      B. U.S. COURT ; NORTHERN DIST
5.      C. 23 CO 04914 PLD
6.      D. N/A
7.      E. WITHDRAWAL
8.      F. ORDINANCE - CONSIDERING RE-OPENING
9.      G.
10.     H. 3-14-2024

11.
12.     A. VAN HUISEN Vs. WARNER BROS.
13.     B. NINTH CIRCUIT
14.     C. 24-4017
15.     D. N/A
16.     E. CLOSED
17.     F. STAYED
18.     G.
19.     H. 3-19-2024
20.

21.     A. VAN HUISEN Vs. LAWRENCE LIVERMORE LAB
22.     B. U.S. COURT ; EASTERN DISTRICT
23.     C. 2-23 CV 01915 DAD EFB
24.     D. N/A
25.     E. CLOSED
26.     F. SET-ASIDE ; THE U.S. INSURRECTION
27.     G.
28.     H. 3-14-2024

Page 7-7                          CONT. 9

on (date or dates) _____ _____ , _____ _____ , _____ _____
(Claim I)                          (Claim II)                         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant FEC
(full name of first defendant) _____ resides or works at

4150 First St, NE
(full address of first defendant)

Washington D.C. 20543
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

Color of State Calo / Duty / Acts 7:93 - Threshold
The United States insurrection

2. Defendant HOR
(full name of first defendant) _____ resides or works at

U.S. Capitol Room H154
(full address of first defendant)

Washington D.C. 20515 - 6601
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_____
_____

3. Defendant USAF/CIA - "General Hayden"
(full name of first defendant) _____ resides or works at

USAF                    Texas / Kansas
(full address of first defendant)

General (Partisan) - Retired ? Acias Michael Hayden
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

The United States Insurrection
_____

on (date or dates) _____ , _____ , _____

(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  _DONALD TRUMP - WHITE HOUSE_ resides or works at

(full name of first defendant)

_CAPITOL BUILDING_

(full address of first defendant)

_WASHINGTON DC_

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_COLOR OF STATE LAW / ACTS: 7:53 THRESHOLD_
_THE UNITED STATES INSURRECTION_

2.  Defendant  _WILLIAM MASON JR_ resides or works at

(full name of first defendant)

_U/4 DUBLIN PERSONALS DEA SPRINGFIELD VA_

(full address of first defendant)

_PARTISAN DEA_

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_COLOR OF STATE LAW / ACTS 7:53 / THRESHOLD_

3.  Defendant  _WILLIAM GATES JUNIOR_ resides or works at

(full name of first defendant)

_U/4                SPRINGFIELD VA_

(full address of first defendant)

_PARTISAN DEA_

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:

_COLOR OF STATE LAW / ACTS 7:53 / THRESHOLD_
_THE UNITED STATES INSURRECTION_

ll

4. Defendant _JUNIOR MOORE ; JOHN DOE_ resides or works at
(full name of first defendant)
_O/A   MORRISSETTE DRIVE SPRINGFIELD  VIRGINIA_
(full address of first defendant)
(TARISAN TEA) - _DEFENDANTS SSN JOE 450216-7 ALAMEDA COUNTY_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_COLOR OF STATE LAW / ACTS 7:52 / THRESHOLD_
_THE UNITED STATES INSURECTION_

5. Defendant _PETER HOLM_ resides or works at
(full name of first defendant)
_FIELD AGENT - VIRGINIA_
(full address of first defendant)
_CIA OPERATIVE_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

Explain how this defendant was acting under color of law:
_COLOR OF STATE LAW / ACTS 7:52 / THRESHOLD_
_THE UNITED STATES INSURECTION_ .

**D. CLAIMS***

<div align="center">CLAIM I</div>

The following civil right has been violated:

BILL OF INDICTMENT

SUCH HAS BEEN THE PATIENCE SUFFERANCE OF THESE COLONIES AND SUCH IS NOW THE NECESSITY WHICH CONSTRAINS THEM TO ALTER THEIR FORMER SYSTEMS OF GOVERNMENT. THE HISTORY OF THE GREAT KING OF GREAT BRITAIN IS A HISTORY OF REPEATED INJURIES AND USURPATIONS ALL HAVING IN DIRECT OBJECT THE ESTABLISHMENT OF AN ABSOLUTE TYRANNY OVER THESE STATES. TO PROVE THIS LET FACTS BE SUBMITTED TO A CANDID WORLD.

A PUBLIC INTEREST CASE - CLAIM # I (LEZE MAJESTY A SOVEREIGN OFFENSE. MAGIS DE BONO QUAM DE MALO LEX INTENDIT, THE LAW FAVORS A GOOD RATHER THAN A BAD CONSTRUCTION).

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

MONROE ACT, CIVIL RICO - INCONVENIENT FORUM SUCH AS: A COLLECTION OF UNLAWFUL DEBT RETALIATION — VIS MAJOR COORDINATE INTERIM DIVIDEND A SEPERATE AND EQUAL STATION. RITE OF PASSAGE NOW OBSTRUCTION OF COMMON LAW IN REVERSION

SEE INTERIM ORDER AND CONSIDER; NOW A DELIBERATE INDIFFERENCE CAUSING A MATERIAL ADVERSE EFFECT A REAL ACTION THAT REGARDS EQUITY A INTERIM DIVIDEND. LEX RESPICIT AEQUITATEM THE LAW PAYS REGARD TO EQUITY.

FEALTY - FREEDOM CHARTER FOR THE EXECUTIVE BRANCH SEDITION SUCH AS REVERSION. "STIRRING UP ILL WILL AGAINST LAWFUL GOVERNMENT. VIOLATION (REVERSION A CLOSED PATH OPEN CIRCUIT.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

#1  (#1) ALL CONTENT IS LACONIC AND COMPACT STYLUS;
A        CORE TERMS AS SUCH: ORTINANCE
#2      (POLITICAL QUESTION), POACHING AND SEE ALSO
A       CIRCUMVENTION. PLEASE FAMILIARIZE
#3      WITH CIRCUIT AND REVERT. FOR NOD MAL-
A       ADMINISTRATION AND THE MAIL AND WIRE
#4      FRAUD ACT. SCALE. SEE ALSO PROPORTIONATE
A       THE "HATCH ACT" AND ITS FINAL PREVALENCY.
#5      INTRODUCING THE UNITED STATES INSURRECTION
A       NOW ILLEGITIMATE NEW COMERS SUCH AS: TYRANTS
#6      THE BANDITTI, AND TRAIN ROBBERS KNOWN AS:
A       INSURRECTIONARIES. CIRCUMVENTION IN PREPRATION
#7      OF A ITION; "A ILL GOTTEN CHILD" AN IN ADVERSUN
A       FOREIGNER POSING AS A ANGEL OF LIGHT. SEE
#8      EXHIBIT ONE CASE # H50216-7 THE DEFENDANTS
A       SON JUNIOR MOORE.
#9      (#2) PROPORTIONATE, PROVIDENT, AND REVELATION
A       NOW THE DECLARATION OF INDEPENDENCE ARRIVING
#10     FAR-SIGHTED POLICY UNDER THE UNITED STATES SEAL,
A       THE EYE OF PROVIDENCE. SEE B.R. DOYLE VS.
#11     THE SOUTH CAROLINA DEMOCRATIC PARTY
A       COURT: "THE PLAINTIFFS OBJECTION SHEDS
#12     NO FURTHER LIGHT ON THE ISSUE"
A       NOS. 310 CV 0205 MBS 3-21-2011." I
#13     OBJECT THESE ARE ADVERSARY PROCEEDINGS.
A       MAJOR CONTINENT INSE MINUS, THE GREATER
#14     CONTAINS THE LESS.

#1
A    #3 "POWER TO THE PEOPLE" CONSIDER PENTA VALENCE
#2      (THE PENTATEUCH) SOLAR PROMINENCE, THE PENTA
A      (ASTRON DAY) SUB VOCE (CIVIL DAY) THE
#3      DECLARATION OF INDEPENDENCE; CHARGE: "HAVING
A      SUBJECT US TO A JURISDICTION FOREIGN TO OUR
#4      CONSTITUTION". THE UNITED STATES INSURRECTION
A      UNCONSTITUTIONAL AND BEYOND CIRCUMSTANTIAL
#5      WARNING: POSING, SEDITION, COLLAPSE, AND
A      ULTRA HAZARDOUS ACTIVITY. FOR EXAMPLE
#6      INNATE, STARGATE, PROCORE(R), INTERPOSE, AND
A      CONJURATION. UPCOMING SERPENT AND INVOLUNTARY
#7      SERVITUDE. SEE TASKMASTER AND RE-CONSIDER
A    #4 BANDITTI. FOR EXAMPLE SNAKE DEFINED).
       UNDERSTAND PROSPERING WHILE IN INSURRECTION
#8      VIA "MAN IS MORE DISPOSED TO SUFFER EVILS
A      WHILE EVILS ARE SUFFERABLE THAN TO RIGHT THEM.
#9      SELVES BY ABOLISHING THE FORMS TO WHICH TO
A      WHICH THEIR ACCOSTOMED. VULNERABILITY, TURN
#10     TURTLE, AND LOST LEADER.

#1
A
#2
A
#3
A
#4
A
#5
A
#6
A
#7
A
#8
A
#9
A
#10
A
#11
A
#12
A
#13
A
#14
A
#15
A

(#5) Cex Trespicit Aequitatem, The Law Pays Regard To Equity. Arriving The Sederate And Equal Station Under The Reverse Side Of The Seal, Canopy. Magnitude Meteor No Lacking Of Power Or Possession Only Recipients The Eruption Of The Eye Of Providence "Power to The People"; Lost Leader / Fealty. A Deliberate Indifference Causing A Material Adverse Effect Such As: [Adverse Possession]. Maxour Continent In Se Minus, The Greater Contains The Less" Waiting For Acceptance, And Affirmation; See The Hanging Gardens of Babylon (of The 7 Wonders Of The World. Concourses And Seperate Statque "Area Enorkia Do Not Happen For No Reason. This Concourse is Chiefly And Soberectes The Construction Via The Declaration Of Independence. Caty Ciberties Chily Jesuua Regarding Solar Prominence See A Webster's Unabridged Dictionary. Solar Prominence: Meteor, Having A Flame Like Tongue And Releasing It Into The Chromosphere Or Corona i.e. [E.G. Atmosphere. Stylos —

(#6) Annuit Coeptis Novous Ordo Seclorum God Has Approved Our Beginnings, "A New Cycle Of The Ages" See Also The Eye Of Providence And A Unfinished Pyramid; The Hoverse Side Of The U.S. Seal. Legitimate Forum Vs Inconvenient Forum, Prochein Amy, The Next Friend of The Court.

16

#1
A

#2
A

#3
A

#4
A

#5
A

#6
A

#7
A

#8
A

#9
A

#10
A

#11
A

#12
A

#13
A

#1 The Declatory Station is Ground Zero Concisely; you Come incomplete And Dependent Passing From Discourse, Through A Concourse The Seperate And Equal Station, Entering Independence And Finding Solution A Talent Of Equity A Soluble. Astron; Fitting! A Real Talent Show A Star Search - Coordinate The Seperate And Equal Station Entering Independence Holding And Free From Discharge. Undefiled Liberation. See Alottment Space is Holding. Quantum Mechanics; Acceptance, is Key That Unites A Charge Of St. Elmos Fire. See Also Reproof Construed As Talent. By Accepting The Reproof you Abase Your Value From Dependence To Independence. Charta A Firm For Navigation Edible With Metricipal Purposes. The Declaration Of Independence Is A Charta. See Also Fermion -1, -2, -3, 0, +1, +2, +3 ~! Ground Zero. Freedom Or Free Right To Be Free From Discharge. "Your Only As Free As Reconstruction"! Unit is A Element Of Value - Talent For Example However in A Clock There is 12 Units And Before The Clock Strikes 13:00 Midnight in Reversion Providence Erupts Granting you Right Of Passage.

17.

#1
A   #8
#2
A
#3
A
#4
A
#5
A
#6
A
#7
A
#8
A
#9
A
#10   #9
A
#11
A
#12
A
#13
A
#14
A
#15
A
#16

PROVERBS 6:23 FOR THE COMMANDMENT IS A LAMP AND THE LAW A LIGHT REPROOFS OF INSTRUCTION ARE, THE WAY OF LIFE. SEE "INN KEEPER", COMMON LAW AND ENFORCEMENT. CIVIL RIGHTS! SEE ALSO "INNS OF A COURT", LINCOLN AND GRAY SPEECH AND SPIRIT. LET FREEDOM RING! FREE FROM BEING ENSLAVED. IN THE LAST TWO YEARS A COUPLE OF GRAY WHALES HAVE BEEN SPOTTED. YOUR ONLY AS FREE AS RECONSTRUCTION. SEE AMENDMENT 13, 14, AND 15 FOR THE RECONSTRUCTION AMENDMENTS. FOR EXAMPLE NO SLAVERY OR INVOLUNTARY SERVITUDE WITHIN THE JURISDICTION OF THE UNITED STATES SHALL EXIST. PRIOR TO THE 13TH AMENDMENT GETTING PASSED ABRAHAM WAS ASSASSINATED BY JOHN WICKES BOOTH IN THE FORD THEATRE. LINCOLN WAS FIGHTING THE SAME WHITE WASHED INSURRECTION THAT WE FACE NOW, THE VERY SAME ENEMY. PROVIDENCE!

INTRODUCING RENEE DESCARTES, AND A CARTWHEEL. BY DEFINITION A CARTESIAN COORDINATE SILVER DOLLAR — THE UNITED STATES A BROKEN WHEEL. A NON CONTENDING GROUP. THE SEPERATE AND EQUAL STATION. "LET US DISCARD ALL THIS QUIBBLING ABOUT THIS MAN AND THE OTHER MAN THIS RACE AND THAT RACE AND THE OTHER RACE BEING INFERIOR AND THEREFORE THEY MUST BE PLACED IN A INFERIOR POSITION. LET US DISCARD ALL THESE THINGS AND UNITE WITH ONE PEOPLE, THROUGH OUT THIS LAND UNTIL WE SHALL ONCE MORE, STAND UP DECLARING THAT ALL MEN ARE CREATED EQUAL. ABRAHAM LINCOLN 1858 CAMPAIGN...

18-

(#10) THERE IS NO POINTS FOR SECOND PLACE WE NEED
COMMUNITY NOT ILLIGITIMACY. SEE "CHART WAY",
"RITE OF PASSAGE", CARTWHEEL, ABASEMENT. AND
CIVIL RIGHTS. NOW STATION, CONCOURSE, AND COLUMBARIUM
INNS OF A COURT, LINCOLN (GRAY CIVIL RIGHTS. LINCOLN
IS SPEECH AND GRAY IS SPIRIT I.E. FOR EXAMPLE
"CORNERSTONE", DISCERNMENT SWORD OF THE STONE,
COORDINATE EXODUS 28:8. CIRCUMAMBULATE A
FESTAL CELEBRATION. SILENCE IS GOLD AND SPEECH
IS SILVER YASHIMOTO YAMMOTO. CARTWHEEL IS A
SPRING ACTION SILVER DOLLAR. AT PRESENT THE CLOCK
THE STANDARD OF LIVING, THE GOLD BELT OF TRUTH
IS PERVERTED. "CORNER-STONE", EXODUS 28:8 FORM
BRIBE BLINDS THE DISCERNING AND TWISTS JUSTICE
T/ABASEMENT IS A COUNTER CLOCKWISE MANEUVER.
SEE TURN TURTLE. CORRUPTIO OPTIMI PESSIMA
"CORRUPTION OF THE BEST IS THE WORST OF ALL.
WHAT IS PERVERTED CANNOT BE MADE STRAIGHT
AGAIN" ANCIENT WISDOM SEE SCALE BALANCE AND
EQUITY. FOR EXAMPLE ECCLESIASTES CHAPTER III.
FREEDOM OR TO BE MADE FREE MEANS TO BE FREE
FROM DISCHARGE HOWEVER IF YOU TEAR YOUR
ANTERIOR CRUCIATE LIGAMENT YOUR GOING TO
NEED PROVISION LIKE A CLEENEX OR TISSUE A
TRUE TOKEN. SEE ALSO THRESHOLD.
(#11) WITHOUT COMMUNITY AND ACCEPTANCE OF DEFERENCE
ITS VULNERABILITY THE OPPONENTS OF OUR CONSTITUTION
THE BANDITTI, THE U.S. INSURRECTION ARE TRYING
TO TAKE US TO A BENT OVER PLACE OF VULNERABILITY
CIVIL AUTHORITY ACTS 7:55. NOW CIVIL UNREST. CAN
SIGN IS VIPER.

19.

* Exodus 23:8: Cornerstone?
Scripture.

#10

#1  For The Record, Proverbs 20:14, Amos 27:13; Tosy!
#A  See Policy, Bondsman, Au, Capture The Flag, Proclamation
#2  Au, Statesman; The Declaration Of Independence
#A  Took Possession 7-5-2024 I Reflect — Sovereign
#3  Diplomacy. See Proverbs 17:8 "A Present Is A Precious
#A  Stone In The Eyes Of The Possessor, Wherever
#4  He Turneth Prospers." [Cornerstone? The Festival
#A  Next Millenium Open Market Square. Concise I
#5  At Rest. See Crier Defined A Public Proclamation
#A  Proclaiming Aug". Lady Liberty; The Statue Of
#6  Liberty, "Wisdom" Is Her Name Proverbs 1:21
#A  "She Cries Out At The Chief Concourses Hudat
#7  The Openings Of The Gates Of The City She Speaks
#A  Her Words "Belonging To Maher Shalal
#8  Hash Baz" Exodus 23:8 "For A Bribe, Blinds
#A  The Discerning Huy Perverts/Twists Justice."
#9  'Happy Holidays' If We Being Autonomous
#A  Succumb To A Bribe, By A Bat Bondsman We
#10 Prostitute Ourselves Out To Lady Liberty. In
#A  These Circumstances Its "Double Jeopardy?
#11 Nolens Volens Its A Debasement In Value,
#A  Caveat; Silent Conspiracy" However Its A
#12 Broken Wheel Of Irreparable Harm And We
#A  Surrender A Part Of Our Biological Clock
#13 This Keeps Us From Our Circumnavigate Festivities
#A  Annuit Coeptis Novus Ordo Seclorum. Krunk; Syar!
#14

#1 (#1³)

#1 A    A Call To Action! A Time To Speak Much Time To Refrain From Speaking. Preparing Common Law

#2 A    Power To The People Our Independence is More Valuable Than Their Deferrance Also So

#3 A    is Throwing Off Such Government." So We Don't Get Fooled Again "Folklore Hub I've Got One

#4 A    More Silver Dollar" Lyrics To Contemporary Music. Silence is Gold And Speech is Silver,

#5 A    Yashimoro Yamimoto. A Broken Wheel Discard Section is a Chariot of Fire, "Charge",

#6 A    Restoring Democracy! Stars And Stripes!

#7 A    The Golden Mean "to Honor Your Neighbor As Yourself". For Now The Greater Contains The less "Frog", A loophole "Legalise" Understands The

#8 A    Gold Belt. A New Cycle of The Ages. "You Need Somebody in office Who Will Tell The Truth"!

#9 A    George W. Bush Republican Candidate For The U.S Presidency October 17, 2000. For

#10 A    Now "Frog" As We Wait For Unity, A Revolution A New Cycle of The Ages. Annuit Coeptis, God

#11 A    Has Approved Our Beginnings. The Gold Belt Of Truth Penta Valence  See The Penta Lokel 7:37

#12 17    "Where The Body is There The Eagles Will Be Gathered!" King James Version "Eagle". A Gold

#13 A    Coin in The Amount of 10; "Legalise". Coordinate Iteris Providence; "A Body of Law" A Equal Station.

21.

#1    AS WE UNITE WITH INDEPENDENCE, WE CAN SEE
A     CLEARLY TO REACH OUT TO OUR NEIGHBORS A
#2    MATERIAL ADVERSE EFFECT CAUSED BY A
A     DELIBERATE INDIFFERENCE THE UNITED STATES
#3    INSURRECTION MAJOR CONTINENT IN SE MINUS.
A     SCIENCE IS GOLD AND SPEECH IS SILVER. ASK
#4    NOT WHAT YOUR COUNTRY CAN DO FOR YOU BUT
A     WHAT YOU CAN DO FOR YOUR COUNTRY.
#5    JOHN FITZGERALD KENNEDY.
A     "CIVIL-DEFENSE" A REACACTION WITH MERITS
#6  #14  JURIS PRUDENCE. TADPOLES GO THROUGH
A     METAMORPHOSIS ABASEMENT — FROG²...

22.

#1 (#15) Alas . Lady Liberty Stands Aloof Waiting For The
A Concourse on Open Market Square . Ahoy
#2 Mate Common Law/Sense Arriving The
A Standard of Living. Arriving Enforcement
#3 The Standard Limit Meaning Not To Enter
A Putrefaction. Synot Drawing A Line! Alottment
#4 A Time To Breakdown And A Time To Restore.
A Ecclesiastes. See Also The Declaration of
#5 Independence " It is Their Right It is Their
A Doty To Throw off Such Government And
#6 Provide New Guards For Their Future Security
A See Jeremiah 5:22 "I Have The Sandy Sea
#7 Shore And The Seas Limit Which By Eternal
A Decree They May Not Overstep Toss Though
#8 They May It is To No Avail ".

A  (#16) Complaint is A Tacent / Reploof And Add
#9  To The Fact! Yet Another Line; Joshua
A  A Recent Charge , For Example A Bread
#10 Basket. A Baby Hidden By The Eye of
A  Providence. The Nina " The Kingdom of God
#11 Cometh Not By Observation. Common Law
H  Sovereign Protection Arriving. Having
#12 Power To Frame Government. Note
A  Starfish /Sea Star , " Autonomy" Having
#13 A Body With Five Arms Exent Ending
A  From A Central Disk . The Separate And
14 Equal Station. The Nina, The Pelta, And The
A  Santa Maria

23.

#1 (KIT) TENTH VALENCE SEE THE PRECEPTS OF FOR THE LAW
A OF THE NEW CYCLE OF THE AGES PROVERBS 30:7-9;
#2 THEN SEE THE LAW OF THE NEW CYCLE OF THE AGES
A DEUTERONOMY 27:15-26. CYCLE IS ALLOTMENT A
#3 VALID POINT CAPABLE OF BEING JUSTIFIED. THIS
A LAW CONTENDS AS THE 21 COMMANDMENTS THAT
#4 AREN'T THAT FAR OFF FROM YOU. IT IS WRITTEN
A THAT GOD IS THE CONFIDENCE OF THE FAR OFF
#5 SEAS.
A (#16) THE DESCENDIT ET NON TELERA A RIGHT
#6 DESCENDS NOT THE LAND. PSALM 79:8 ORIGIN
A AND COURSE. SEE SEVEN WONDERS OF THE
#7 WORLD FOR PARTICIPATION IN THIS YEARS
A REVIVAL SUCH AS THE EGYPTIAN PYRAMIDS. REVERSE
#8 SEAL OF THE UNITED STATES A UNFINISHED PYRAMID.
A COMPLETION, FORUM, AND A FESTAL SHOUT. DRAWING
#9 A LINE 5,280 FEET AND THE CANOPY TO PROTECT
A YOUR NEW SECURITY. THE LAW OF THE REVOLUTION
#10 VIA THE DECLERATION OF INDEPENDENCE.
A E PLURIBUS UNUM!
#11 (#17) PROCURE(S) UNFIT A PRINCE WHO'S CHARACTER
A IS THUS MARKED BY EVERY ACT WHICH MAY
#12 DEFINE A TYRANT IS UNFIT TO BE THE RULER OF A
A FREE PEOPLE. WHAT IF PERHAPS THE ACTUAL
#13 REVELATION OF THIS PROVIDENT CHARGED
A CHART A HADN'T PROVIDENTALLY ARRIVED UNTIL
#14 THE NEW CHARGE DISPENSED 12-24-2078.
A [PSALM 79:8] PASSAGE IS A VOYAGE BY SEA OR
#15 AIR. LAW'S DEFINED AS THE DIVINE WILL SET
A FORTH OR REVEALED IN THE OLD TESTAMENT.

24

#1 (#20) A LATERAL PLANE ; EXHIBIT ONE ALIKE TO A ASTRON.
A     TOGY ; POSING "SCINTILLA OF EVIDENCE", A POLYGON
#2    HAVING SIX SIDES SIDE IS DEFINED IN WEBSTERS
A     POCKET DICTIONARY # 6 AS A CLUSTERING GROUP
#3    TEAM OR OPINION . THERE IS NO POINTS FOR SECOND
A     PLACE WE NEED CONTINUITY EXHIBIT 1  IDIOM
#4    IN ADVERSUM" JUNIOR MOORE IS THE CHILD
A     BIRTHED OUT OF THE INSURRECTION , CONSPIRATION
#5    AND STARGATE CONCEIVED A ILL GOTTEN CHILD ;
A     REVERT USA BIRTHPLACE . REVERSION (UNFIT)
#6    ILLEGITIMATE AND UNCONSTITUTIONAL . SEDITION)
A     SCALE CIRCUITS. SEE THE "HATCH ACT"S C.U.A.
#7    ISAIAH 59.5 . SIC ] .
A     (#21) MAGIS DE BONO QUAM DE MALO LEX
      INTELLIGIT, THE LAW FAVORS A GOOD RATHER
#8    THAN A BAD CONSTRUCTION. NO CONTENDE!
A     [LESE MAJESTY] A SOVEREIGN OFFENSE,
#9    SUCH AS: CONSTRUCTIVE TREASON. A TURN
A     TURTLE - COUNTER CLOCKWISE [COORDINATE]
#10   A DELIBERATE INDIFFERENCE CAUSING A
A     MATERIAL ADVERSE EFFECT. HEX IS
#11   DEFINED AS A EVIL SPELL OR CURSE SEE
A     POLYGON DEFINED AS PART OF A HEXAGON
#12   HAVING SIX SIDES. THEY SET OUT FOR A ASTRON
A     BUT NO CONTENDE. I AM THE "FALON TOOTH"
#13   CONCISE. I AM HELD CAPTIVE UNLAWFULLY
A     SEE EXHIBIT TWO - THREE FOR PRIMA FACIE
#14   AND HABEAS CORPUS "VOID", MAJOR VICARIAS
A     CLARITY SUCH AS ADVERSE POSSESSION
#15   AND METEOR.                          25
A

#1 (#10) WARNING EVIL IS LURKING i.e. E.G ONE EYED
A        JACK, THE WITCHCRAFT DELUSION AT SALEM,
#2       AND THE ALAMO. IN THE LAND OF THE LOST
A        ONLY THE ONE EYED MEN ARE KINGS. NOAH
#3       WEBSTER FOREIGN WORDS AND PHRASES.
A        VENOM, CRUDE OIL, AND TREACHERY
#4       REVERSION; RETALIATING AGAINST PAST CIVIL
A        RIGHTS VICTORIES TO OPEN CLOSED PATHS
#5       AND CLOSE OPEN CIRCUITS. LET FREEDOM RING!

#1 (#23) WHILE INCARCERATED OPEN CIRCUIT CAMERAS
A   ARE NOT TO BE BREACHED. THEY ARE PROVIDED
#2   ONLY FOR THE INTERNAL SECURITY PERIMETER.
A   IF THE SECURITY PERIMETER GETS BREACHED
#3   THEY BECOME CLOSED CIRCUIT CAMERAS.
A   WE GET PLACED IN A PLACE OF VULNERABILITY.
#4   THIS IS A DELIBERATE INDIFFERENCE CAUSING
A   A MATERIAL ADVERSE EFFECT. SEE SUMMON
#5   STARGATE / CONJURATION AND SEE ALSO
A   "STEALTH FACTOR".
#6 (#24) NINE DAYS WONDER A "POLYPHONIC". REVERSION
A   TO OPEN PATHS FOR SLAVE CIRCUITS i.e.
#7   INVOLUNTARY SERVITUDE AND PERHAPS "MOERDA".
A   SEE SEVEN YEAR WAR AND NOTE MOERDA IS
#8   SAXOPHONIC. "WHEN ENGLAND AND PRUSSIA DEFEATED
A   FRANCE, AUSTRIA, RUSSIA, SWEDEN AND SAXONY
#9   IN A SEVEN YEAR WAR. REVERSION RECENTLY
A   OPEN UNFIT PATHS SEE CIRCUIT AGAIN A CLOSED
#10   PATH TO PRODUCE A ELECTRIC CURRENT, EXODUS
A   23:8 AND DEUTERONOMY 27:25 FOR A BRIBE
#11   PERVERTS JUSTICE AND THOU SHALL NOT ACCEPT A
A   BRIBE TO SHED INNOCENT BLOOD. SEE OPERATIVE
#12   PART. LAW DEFINED; CIRCUMSTANTIAL EVIDENCE,
A   THE U.S. HAS NOT PAID FEALTY FOR OUR AGREEMENT
#13   FREEDOM CHARTER. SEE THE MONROE ACT. UPCOMING
15 A   "MOCK TRIALS" TO GET AWAY WITH MURDER OF FREE
#14   STATES". THE DECLERATION OF INDEPENDENCE. .

27

#1 (#25) SIRENIA IS LATIN FOR SEA COW WITH A NEXUS
  A   OF SIREN, "CALVINISM" HENCE JOHN CALVIN. A
#2   "IN ADVERSUM", CONSPIRACY EXODUS 23:8 FOR
  A   A BRIBE BLINDS THE DISCERNING AND PERVERTS
#3   JUSTICE. SEE JEREMIAH 34 - (19 THROUGH 20)
  A   "THE PRINCES OF JUDAH, THE PRINCES OF
#4   JERUSALEM THE EUNUCHS AND ALL THE PEOPLE
  A   OF THE LAND WHO PASSED BETWEEN THE PARTS
#5   OF THE CALF I WILL GIVE THEM INTO THE
  A   HANDS OF THEIR ENEMIES, AND INTO THE HANDS
#6   OF THOSE WHO SEEK THEIR LIFE." REMEMBER
  A   POLYPHONY IS PART OF A SHORT LIVED
#7   SENSATION NO CONTENDS, AND SO IS THE
  A   DOCTRINE OF TYRANNY CALVINISM / SIRENIA
#8   PRE-MORTEM". SHORT SIGHTED POLICY. SEE
  A   EXHIBIT ONE. A NINE DAYS WONDER, "A BRIEF
#9   STIR ONE WHO CAUSE A SHORT LIVED SENSATION
  A   "SEDITION" - STIRRING UP ILL WILL AGAINST
#10  LAWFUL GOVERNMENT. BY PRETEXTS OF EVIL
  A   DICTATORSHIP, TYRANNY, AND DESPOTISM IS WARTED
#11  CIRCUITY AND INCOHERENT FOCUS.
  A   (#26) NO CONTENDS THEIR SIDES BUSTED THEMSELVES
#12  THEN THEY STAY AND DENY THEIR FAILURE WHILE
  A   AT THE EXPENSE OF SOCIAL SECURITY. NEXT UNFIT
#13  KILLING IN THE DISPOSITION OF EVILS. A CONQUEROR
  A   THEY ARE NOT. UNLAWFUL KILLING AND NO COMMON
#14  LAW? NO POWER TO HOLD OFFICE. CIVIL UNREST

#1 He Has Combined With Others To Subject Us To
A   A Jurisdiction Foreign To Our Constitution
#2   And Unacknowledged By Our Laws Giving His
A   Assent To Their Acts Of Pretended Legislation
#3   Reversion, The Decleration Of Independence,
A   And Now What Is Left Of Our Freedom Slave
#4   Circuits. No Contende. Free Is Defined As W/O
A   Charge". I.e. For Example Set - Free Not
#5   Enslaved. The Particular Estate, Our Freedom
A   Charter Is A Document To Form A Corporation
#6   For Example The Executive Branch. A Form To
A   Hire Or Cease. Revert We Have Strange
#7   Relations With The United Kingdom We Don't
A   Pay Our Dues. Concise, See Fealty, We Have
#8   Stopped Paying Our Dues And This Has Put Us In A
A   State Of Reversion. We Are Only Free From
#9   Reconstruction. Circuit Is Defined As A
A   Closed Path Followed By A Circuit Such As
#10   Involuntary Servitude And Slavery; And
A   The Freedom Charter. With Out A Constant Such
#11   As Continuity The United States Insurrection
A   And Its Undertaking Took Us From A Unilateral
#12   Astron To A Lateral Hexagon However No
A   Contents. Without Prerogative There Is A Breach
#13   Of Security. A Hexogram Has Six Sides; Six Is
A   Defined As A Contending Group Hence A
#14   Constant; The Constitution. Open Circuit
A   Cameras Protect A Security Perimeter. If They
#15   Get Breached You Close The Security And Lose
A   The Complete Perimeter. See The Monroe Act...

29

#1    MAC - ADMINISTRATION AND THE DOMINO EFFECT
A (#20)    HIS NAME IS JOHN "MOTTO OF PEURTO RICO"
#2    NOW THE WHITE WASHED WALL AND THE (HATCH ACT)
A    RETALIATORY i.e. FOR EXAMPLE THE ALAMO,
#3    FOR TENOR CALVINISM AND THE END JUSTIFIES
A    THE MEANS. BY FAR THIS IS THE HIGHEST
#4    POTENCY OF RACISM I HAVE EVER SEEN OR
A    EXPERIENCED. THE AWESOME BLOSSOM NEVER
#5    SET SAIL CONSIDER BUCKHEADS SEE SIDE DEFINED
A    A CONTENDING GROUP — NO CONTENDER. WE NEED
#6    CONTINUITY. THERE IS NO POINTS FOR SECOND PLACE...
A    ALL WE HAVE IS DAMN NEAR PUTREFACTION SEE
#7    THE TURNER RULE. SIMPLICITY A HOUSE DIVIDED
A    AGAINST ITSELF CANNOT STAND MARK 3:25 AND
#8    JOHN FITZGERALD KENNEDY. ACTS 7:53 HAVING
A    RECIEVED THE LAW BY THE DIRECTION OF ANGELS
#9    AND HAVE NOT KEPT IT. "COLOR OF STATE LAW"
A    NOTE THE HOUSE OF REPRESENTATIVES IS THE
#10    HEART OF THE ELECTORAL DISTRICT," THE CENTRAL
A    DISK" [DUTY] MIKE JOHNSON IS THE ACTING
#11    PRESIDENT. VOWS NEED TO HAPPEN ASAP
A    SEE VOW. COMMON LAW PREVAILING. PSALM 75:8
#12    TODAY IF YOU HEAR HIS VOICE HARDY NOT YOUR
A    HEART AS IN THE DAY OF TRIAL. A TALENT OF
#13    EQUITY. A SOLUBLE! RIGHT NOW WE NEED TO
A    GRAB THE BULL BY THE HORNS. UPCOMING
#14    JUDGEMENT ; FOREJUDGER COMMON LAW ARISING
A    A TIME TO BREAKDOWN AND A TIME TO RESTORE...

#1 (#29) POLITICAL QUESTION - A QUESTION OF CONTINUITY
A    PREROGATIVE, AND SUCCESSION. IF IT IS A
#2   RIGHT WING CONSPIRACY CAUSING A TURN TURTLE
A    AND YOU SUCCOMB TO BECOMING A TRAITOR ON
#3   THIS RIGHT SIDE WHILE YOU COLLAPSE ON THE LEFT
A    YOU HAVE SET TRAP FOR YOUR OWN FOOT. LOST LEADER
#4   WARNING TORN TURTLE (VULNERABILITY "MAN
A    IS MORE DISPOSED TO SUFFER EVILS WHILE
#5   EVILS ARE SUFFERABLE THAN TO RIGHT
A    THEMSELVES BY ABOLISHING THE FORMS TO WHICH
#6   THEIR ACCUSTOMED. THE DECLERATION OF
A    INDEPENDENCE. THE "POLITICAL QUESTION"
#7   DOES NOT CONTEND FOR SECOND PLACE. IT
A    EITHER ELIMINATES OR SUCCEEDS. THE POLITICAL
#8   QUESTION BECOMES A WEAPON. LETS KEEP IT
A    SIMPLE, "THE GOOD LIFE". QUESTION:
#9   WITHOUT SUCCESSION DO YOU SEE THE UPRISING
A    OF THE POLITICAL QUESTION DOCTRINE?
#10  HEADED IN THAT DIRECTION A WASTE OF TIME
A    AND AT THE COST OF SOCIAL SECURITY. I
#11  OBJECT FOR THE FEC TO EXERCISE THE
A    SWORD OF THE SPIRIT IN RE: A FACSE ELECTION
#12  AND ON DUTY (VOW FOR MIKE JOHNSON TO STEP
A    UP AND FUL-FILL HIS OFFICE WHILE AT PRESENT
#13  COLOR OF STATE LAW.    I ATTEST

(#30)

#1    THE UPHEAVAL BRINGS THE POLITICAL QUESTION
A    DOCTRINE AND THE SEPERATION OF POWERS
#2    PRINCIPLE INTO PLAY WITH A VALID POLITICAL
A    QUESTION. THIS SHOULD SUPERSEDE THE PRISON
#3    LITIGATION REFORM ACT; NEMO TENETUR AD
A    IMPOSSIBILLA, "NO ONE IS EXPECTED TO DO THE
#4    IMPOSSIBLE." I HAVE NEVER RECIEVED AN
A    APPOINTMENT OF COUNSEL OR A TRIAL BY JURY. ALL
#5    CASES AT THE EASTERN DISTRICT WERE SOPHISM
A    AND FOGGED BY DISPARATE. SLAVE LABOR!
#6    SUFFERAGE. DISCOURSE THAT TURNS DOWN
A    PAYCHECKS WHILE THREATENING SOCIAL SECURITY
#7    COVERAGE.

A
#8    (#31) THE D.O.I. IS A WEAPON FOR DISPERSION.
A    APPLICATION COMES WITH DISCERNMENT. EXODUS 23:8
#9    FOR A BRIBE BLINDS THE DISCERNING AND PERVERTS
A    JUSTICE. SEE AGAIN THE D.O.I.; "BY ABOLISHING
#10    THE FREE SYSTEM OF ENGLISH LAWS IN A NEIGHBOURING
A    PROVINCE? PROVINCE HAS A NEXUS WITH SPHERICAL
#11    LEZE MAJESTY — A SOVEREIGN OFFENSE. SEE FROG
A    A LOOPHOLE LEGALISE. SIC ITUR AD ASTRA,
#12    THIS ONE GOES TO THE STARS. FOREIGN WORDS AND
A    PHRASES. NOAH WEBSTER. NEMATODE FROGS
#13    GO THROUGH METAMORPHIS. THIS IS NOT THE
   DECLERATION OF INDEPENDENCES FIRST RODEO.

24.

#1
(#30) NON FACIAS MALUM INTE VENIAT BONUM, "1/00
4
#2  ARE NOT TO DO GOOD THAT EVIL MAY COME OUT OF IT"
       LOST LEADER - SECURING A FALSE ELECTION; PURPOSE

A (#33) SEE VAN HUISEN VS. JOHN DOE NOS. 232880 AT THE
#3  NINTH CIRCUIT. JOHN DOE IS A CIA MASTERMIND;
A   DISHONORABLE IN A CIVIL CONSPIRACY; MAL-ADMINISTRATION
#4  SEE MOTTO OF VIRGINIA, THUS EVER TO THE TYRANTS
A   SYNOD ECCLESIASTES 2:13 WISDOM EXCELS FOLLY AS
#5  LIGHT PROFITS OVER DARKNESS. JOHN DOE'S FOLLY
A   HAS FALLEN UNDER THE COUNTERBALANCE OF
#6  PROVIDENCE, THE DOMINO EFFECT i.e. (E.G.
A   FOR EXAMPLE TIME PROPORTIONED) LANDMARK
#7  JOHN DOE, THE ACTUAL REVELATION. MOTTO
A   OF PUERTO RICO "HIS NAME IS JOHN".
#8  DOUBLE JEOPARDY, CALVINISM; PROCURE OF
A   EXODUS 23:8 AND IN VIOLATION OF DEUTERONOMY
#9  27:25 THALL SHALL NOT EXCEPT A BRIBE TO SHED
A   INNOCENT BLOOD" SEE LAW DEFINED THIS IS
#10 TRANSGRESSION. SEE LEGALISE OPERATIVE.
A   PART SEE ALSO PRE-MOERDAL - SAXOPHONIC
#11 SEE ALSO SIRENIA LATIN FOR SEA COW / SIREN
A   TWO CIRCUITS CONTRARY TO THE U.S CONSTITUTION.
#12 "CIRCUMVENTION" IN VIOLATION OF OUR RIGHTS. A
A   NINE DAYS WONDER. CIRCUIT IS DEFINED AS A
#13 CLOSED PATH AND A OPEN CIRCUIT. A DELIBERATE
A   INDIFFERENCE, CAUSING A MATERIAL ADVERSE EFFECT.

#8

# 34

#1  JOHN DOE; EXODUS 23:8 PASSING THROUGH THE PARTS
#1  OF THE CASE TO AVOID TIME AND JUDGEMENT WARRING.
#2  SEE JEREMIAH 34:14-20 FORECLOSED. TO KEEP IT
#2  SIMPLE, INCONVENIENT-FORUM, THE UNITED STATES
#3  INSURRECTION. TWO CIRCUITS CONTRARY TO THE CASE.
#3  NINE DAYS WONDER FOR EXAMPLE THE WORLD TRADE
#4  CENTRE. DOE IS A PEACE OFFICER A SWORN OFFICER
#4  SEE "LOCATION". ACTS 7:53 HAVING RECIEVED THE
#5  LAW BY THE DIRECTION OF ANGELS AND HAVE NOT KEPT
#5  IT."

#6  # 35) THE DOCTRINE OF TYRANNY, THE U.S. INSURRECTION
#6  "CALVINISM". SEE JOHN CALVIN THE CAPTAIN OF THE
#7  TITANIC. NOTE "CIRCUMSTANTIAL EVIDENCE, SEE ALSO
#7  SCINTILLA OF EVIDENCE", THE UNTHINKABLE PERHAPS
#8  WHILE IN RECURSION OPENING A CLOSED PATH TO
#8  RESOURCE THE TITA     A WORD / NAME REPRESENTING
#9  SIRENIA AND CALVINISM, SEE A UNABRIDGED DICTIONARY
#9  FOR CONSTRUCTION, NEXUS AND SUB VOCE, "SIRENIA
#10  ALL IN THE LINGUISTICS OF SIRENIA YOU WILL FIND CALVE,
#10  CALF, SIREN, COLD, AND SEA. BASILICA! PSALM
#11  34:7, "THE ANGEL OF THE LORD ENCAMPS ALL AROUND
#11  THOSE WHO FEAR HIM AND DELIVERS THEM. SEE THE
#12  POLITICAL QUESTION DOCTRINE, AND THE
#12  SEPARATION OF POWERS PRINCIPLE", CIVIL NOS 623375
#13  AND 2 IN SANCHEZ-ESPINOZA VS. REAGAN 568 F.
#13  SUPP 396 AUGUST 01, 1983. THE POLITICAL QUESTION
#14  NOW BECOMES A COORDINATE THAT ENDORSES A
#14  FROUDIYENT CONCOURSE UNDER THE SEAL OF THE U.S
#15  # 36) IDOLATRY; THE UNDERTAKING OF THE CONSTITUTION
#15  THE CONSTITUTION IS A SEA STAR HYSTERIAS FORBESI
#16  SEE ELECTORAL DISTRICT THE HEART OF THE SEA STAR
#16  HOUSE OF REPRESENTATIVES. SEE SEA STAR FISH TAILED

34

#37

#1 . One of the 7 Wonders of the World is the Light-
A    House or Pharos at Alexandria. This is the Same
#2   Jurisdiction As the Electoral District
A    Within The District of Columbia. See the
#3   Alexandria Division of Alexandria Virginia.
A    See Van Hoisen Vs. House of Representatives
#4   No 24-0019 Filed At The Appropriate Forum.

#38

#    Isiah 79:8 Change- Psalm 96:8 Reproof
#5   For Example," Today if You Hear His Voice
A    Harten Not Your Hearts As You Did in The Day
#6   Of Trial!! To The House of Representatives,
A    Astrous, Cartwheels, And "Frog"(s) Are
#7   Unilateral. A Broken Wheel is A Lateral,
A    A Non Contesting Coordinate "There is No
#8   Points For Second Place We Need Continuity-
A    Alea Iacta Est, The Die is Cast; Eagle is
#9   A Score of Two Under Par, Golf is A 9
A    Hole Minimum. No Contiude See A Equal
#10  Station The Penta. A Tacent of Equity.
A    The Descendit Et Non Tekra "A Right
#11  Descends Not The Land" Passing The Torch
A    This is More Than A Threadbare Recital
#12  Such As Succession, Continuity, And
A    Prerogative. Cex Respicit Negotiatem . Token
#13  A Unilateral Claim. 35

#1  (#39) THERE IS NO POINTS FOR SECOND PLACE
A        WE NEED ORDINATION NOT USURPATION. SEE
#2       EXHIBIT ONE JUNIOR POSING AS A ANGEL OF
A        LIGHT. CITIES THAT DO NOT CONTEND AND
#3       RECESSION. A SHORT LIVED SENSATION. THUS
A        EVEN TO THE TYRANTS. JUNIOR HEXOGRAMS
#4       ARE NOT SUPPOSED TO HAVE SNEAKERS.
A        FOR EXAMPLE CARLS JUNIOR POSING AS A ANGEL OF
#5       LIGHT. THE ANCHOR HOLDS CORE STONE
A        EXODUS 23:8. POSSESSION, PREROGATIVE AND
#6       POWER TO THE PEOPLE
A  (#40) A CHARGE WAS RELEASED TIME AND REVELATION
#7       LAW DEFINED AND ADD TO THE FACE THE
A        EYE OF PROVIDENCE. PSALM 75:8 HAPPENED ON
#8       12-24-2013 GOD HAD FINISHED POURING
A        OUT THE CHARGE. SOMETIME AFTER THE
#9       GESTATION PERIOD LADY LIBERTY GAVE BIRTH
A        TO JOSHUA. WARNING POST / SCINTILLA OF
#10      EVIDENCE. THE ANTI TYPE JUNIOR MOORE.
A        THERE IS NO POINTS FOR SECOND PLACE
#11      ALEA IACTA EST THE DIE IS CAST.
A        PENTH VALENCE.

#1 (#44) JOSHUA IS HOLDING AND IS A NEW CYCLE OF
A          THE AGES VIA THE DELLEGATION OF INDEPENDENCE
#2         THE MOVEMENT IS PROMINENT AND UNDER THE
A          SEAL OF THE UNITED STATES, A "DOVE TAIL"
#3         SEE ASTERILE", A SMALL STAR HENCE THE
A          GREATER CONTAINS THE LESS. THE DECLERATION
#4         OF INDEPENDENCE THIS IS THE CAMP. PROVERBS
A          6:23 FOR THE COMMANDMENT IS A CAMP AND
#5         THE LAW A LIGHT REPROOFS OF INSTRUCTION
A.         ARE A WAY OF LIFE".
#6 (#42)   "DUTY". I OBJECT ELECTION CONTEST.
A          PERHAPS DAYS OF GRACE, FOR THE MID.
#7         TERM BUT THEN IN A PLAN TO COMPLETELY
A          OVER THROW THE GOVERNMENT BY REVERSION
#8         THE SCALE TAKES OVER AGAINST CIRCUMCENTON
A          AT THE PRIMARY WITH A NEW CYCLE OF THE
#9         AGES. NON FACIAS MALUM INDE VENIAT
A          BONUM YOU ARE NOT TO DO EVIL THAT GOOD
#10        MAY COME OUT OF IT.
A          (#43)  THE LAW FAVORS A GOOD RATHER THAN
#11        A BAD CONSTRUCTION. SIZES ARE NOT
A          CONTENDING EXHIBIT ONE FAMILIARIZE WITH
#12        BULKHEADS.

#1
A
#2
A
#3
A
#4
A
#5
A
#6
A
#7
A
#8
A
#9
A
#10
A
#11
A
#12
A
#13

(#44) SEE NOTICE OF DISHONOR AFFIRMATION CASE
NOS. 24-6485 VAN HUISEN VS. CAFKADES A
PETTY BAG OFFICE "TAINTED LOOT"/
TREACHERY FOR PURPOSE OF THE UNITED
STATES INSURRECTION BY AN IN ADVERSON?
PARTY: [BREACH OF SECURITY]. CONSIDER
THIS COMPLAINT AS ANOTHER NOTICE OF
PROTEST. [A PUBLIC INTEREST CASE]
AND CIVIL-[DEFENSE]. PICKETING IS A
FORM OF LEGAL COMMUNICATION. CONCISE
AND LAWFUL.

(#45) PRESENT THE PARTICULAR ESTATE UNLAWFUL
HOUSING, "DEMOCRACY" HELD CAPTIVE BY
PIRACY. SEE HAVING CONSTRAINED OUR FELLOW
CITIZENS AND TAKEN CAPTIVE ON THE HIGH
SEAS" CONCISELY THE ACTING PRESIDENT
SEE: COLOR OF STATE LAW]. RECIEVED THE
LAW BY THE DISPOSITION OF ANGELS AND HAVE
NOT KEPT IT "ACTS 7:53 COLOR OF STATE LAW
IS DEFINED AS ACTING OR PRETENDING AMOUGT
YOUR FEEL ORDINANCES. DEFRAUDABLE AND
JEOPARDY CIVIL RIGHTS SEE [INUS OF A
COURT]. LINCOLN AND GRAY THESE ARE
OUR CIVIL RIGHTS LINCOLN IS SPEECH
AND GRAY IS SPIRIT.

1 (# 46) THE ACTING PRESIDENT IS A BAD BONDSMAN HE
A  LACKS THE POWER TO HOLD OFFICE, THE PREROGATIVE
2     THAT PROTECTS OUR CIVIL RIGHTS. AS WE
A  PLEDGE OUR ALLEGIANCE NOW ITS THEFT BY
3  DECEPTION. ITS DOUBLE JEOPARDY, SEE
A  VULNERABILITY THE THIEF CONTINUES TO STEAL.

4 (# 47)
A  EXODUS 23:8 ANOTHER DISCHARGE ALD BAD
5  BOND; WHERE IS THE SECURITY WHILE HE POSES
A  FALSEHOOD FOR THE POLITICAL QUESTION. SEE THE
6  DECLARATION OF INDEPENDENCE, "BY ABOLISHING
A  THE FREE SYSTEM OF ENGLISH LAWS IN A NEIGHBOURING
7  PROVINCE"; THE TENOR OF REVERSION, REPREHATION
A  AND DEBASEMENT.

8 (#48)
A  WE HAVE LOST OUR FREEDOM CHARTER, "AGREEMENT"
9  WITH THE UNITED KINGDOM FOR NOT PAYING OUR
A  FEALTY. THE U.S. IS IN REVERSION HOWEVER THEY
10  MAY PLAY STUPID SEE SEDITION AND CIRCUIT
A  DEFINED. CAUSE OF ACTION TO RECEET CLOSE
11  A OPEN CIRCUIT AND OPEN A CLOSE PATH. SEE
A  PROVERBS 22:28 DO NOT REMOVE AN ANCIENT
12  BOUNDARY MARK THAT YOUR FATHERS SET UP,
A  i.e. (I.G. "ANCESTORS. SEE ALSO THE D.O.I.,
13  HAVING SUBJECT US TO A JURISDICTION FOREIGN
    TO OUR CONSTITUTION"

#1 (#49) MASTERMIND; THE DOCTRINE OF TYRANNY AND DESPOTISM.
A. JOHN DOE No. 23-2880 AT THE NINTH CIRCUIT.
#2 THE DESPOT IS OPERATING BENEATH THE COURTS
A. DIGNITY; INFRA CURIAE DIGNATEM. CIVIL CONSPIRACY
#3 A PRINCE WHOS CHARACTER IS THUS MARKED BY
A. EVERY ACT WHICH MAY DEFINE A TYRANT IS UNFIT
#4 TO BE THE RULER OF A FREE PEOPLE" THE D.O.I.
A. SEE ALSO TETRARCH, "FOR QUARTERING" AND CONSIDER
#5 BEVECT. PROCUREMENT, PRISON CAMPS, AND OPPRESSION
A. THEIR OBJECTIVE, OBSTRUCTION FOR REVERSION SEE
#6 CIRCUIT. BEWARE OF THE VENOM OF THE COBRA IT
A. SPITS CRUELTY! TO GRAB US DISCARD, DEFAME,
#7 AND PLACING US IN A PLACE OF VULNERABILITY (FOR
A. THE KING COBRA," FALSEHOOD TO STRIKE"
#8 SEGREGATION AND ALIENATION OF A CANOPY
A. THAT PROTECTS OUR SECURITY SUCH AS FREEDOM.
#9 "CIVIL DEFENSE" - CONSTITUTIONAL CIRCUIT AND
A. THE SUCCESSION TO PROTECT THEM. ENTRAPMENT
#10 AS THEY DISCARD QUARTER SOME OF US IN OUR
A. RIGHTS DISSOLVE WE GO FROM LIFE, LIBERTY, AND
#11 THE PURSUIT OF HAPPINESS TO INCARCERATION AND
A. ONLY THE EIGTH AMENDMENT. WHILE IN PRISON AND
#12 QUALIFIED FOR ATTORNEY THROUGH FINDING AND
A. DISCOVERY OUR RIGHTS CONTINUE TO DIMINISH BY
#13 THE UNITED STATES INSURRECTION. UNALIENABLE
A. RIGHTS, GRAVAMEN, AND INORDINATE
#14 UNCONSTITUTIONAL KILLING.

#1
(#50) MAN IS MORE DISPOSED TO SUFFER EVILS WHILE
A    EVILS ARE SUFFERABLE THAN TO RIGHT THEMSELVES
#2   BY ABOLISHING THE FORMS TO WHICH THEIR
A    ACCUSTOM. QUALTERING IS REVERSION. CORE-STONE
#3   EXODUS 23:8 FOR A BRIBE BLINDS THE DISCERNING
A    OR TWISTS JUSTICE. IF WE REGULT PASS GROUND
#4   ZERO WE GO FROM A UNIT TO PUTREFACTION.
A    THIS PLAN DOES NOT CONTEND AND ONLY CAUSES A
#5   TURN TURTLE. PROVERBS 23:20 DO NOT MOVE
A    AN ANCIENT BOUNDARY MARK OR ENTER THE
#6   FIELDS OF THE FATHERLESS. TROUIDENT A
A    LANDMARK CASE. ALAS THE SEPERATE AND EQUAL
#7   STATION THE NINA LUKE 17:20, THE PENTA
A    LUKE 17:37, AND THE SANTA MARIA LUKE
#8   20:17. ANNUIT COEPTIS NOVUS ORDO
A    SECLORUM GOD HAS APPROVED OUR BEGINNINGS
#9   A NEW CYCLE OF THE AGES. SEE CIRCUMAMBULATE
A    AND CONCIDER FESTAL SHOOT FOR PROCHEIN-
#10  AMY'S COMMON LAW ARRIVING "A TIME TO
A    RESTORE. ECCLESIASTES CHAPTER III, SYNOD!

41

ECCLESIASTES 3:7

#1 (#51) A Time To Tear And A Time To Sew, A Time to
#A Remain Silent, And A Time To Speak
#2 Common Law Prevails. The Standard Of Living
#A Arrives While We Are in The 13th Hour of
#3 Reversion. Baboon; Lost Leader. Now
#A The Seperate And Equal Station Arrives
#4 Prior To Seditious Turn Turtle. Far Sighted
#A Policy.
#5 (#52) Our Anterior Cruciate Ligament As A Dog
#A Or Baboon While in A Place of Vulnerability
#6 is in Jeopardy [inveigle], See And Unrolling
#A Procure, Ufit Despot And Prince. Now We
#7 Pass From Dependence To Independence Prior To
#A A Perverley Capsize With A Charge To illuminate
#8 Our Path. Fogged in, "Treachery/Dissolution.
A (#53) Upcoming Fore-Surger. The United States
#9 Insurrection; See the D.O.I., "For Quartering
#A Large Bodies of Armed Troops Among Us.
#10 For Protecting Them By A Mock Trial. For Any
#A Murders They May Commit On The inhabitants
#11 States. See Exhibit Two; Adverse Petitioner
#A For The Foregoing Revelation And Providence
#12 Arriving Claimant And Plaintiff is The One
#A Whom They Speak Of. E Pluribus Unum Out Of
#13 Many One.                               42

#1   (H 54)   SEE EXHIBIT THREE : GREGORY S. VAN HUISEN
   A    IN RE: THE HABEAS CORPUS FOR TIME LINE
# 2    ANY PARTICIPATION.

A    (H 55)    COMPLAINT A DOVE TAIL'S ALL A PERFECT FIT.
# 3    CONSTITUTIONAL . EQUITY ECCLESIASTES 8:15
   A    SUCH AS SUPEREROGATION . (IN RESPICIT
# 4    AEQUITATEM) THE LAW PAYS REGARD TO EQUITY
   A    DEMOCRACY NOW! NEMO COGITATIONIS
# 5    POENAM PATITUR  NO ONE SHOULD SUFFER
   A    PUNISHMENT FOR HIS THOUGHTS. LAW IS
# 6    A FACADE . TRANSGRESSION AND
   A    UNIVERSAL IDOCATRY HAS YIELDED A WHITE
# 7    WASHED WALL SUCH AS ONE LAW CONSPIRING
   A    AGAINST GOD - PEACH ANNOIT COPTIC GOD
# 8    HAS APPROVED OUR BEGINNINGS .. NOW THE
   A    WHITE HOUSE FACADES . DEMOCRACY IS
# 9    CONSTRAINED AND HELD HOSTAGE . I
   A    CHARGED THE FEDERAL ELECTION COMMISSION
# 10    TO ADDRESS THEIR ISSUES QUICKLY BEFORE
   A    FACING (LETHAL JUDGEMENT SEE ? DAYS OF
# 11    GRACE) BASILICA. SEE ALSO BABOON . DOG
   A    IS DEFINED AS A ASTRON. THE HOUR GLASS
# 12    HAS BEEN TURNED OVER.

43.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

PARAGRAPH 1-55 ALEA ENORMIA
"INTERIM ORDER" FOR DECCATORY RECIEF. POWER TO
THE PEOPLE THE GOLDEN MEAN. SEE VAN HUISEN US
CATRADES FOR NOS. 24-6489 CALIFORNIA REPORTER
FOR AFFIRMATION. NOTICE OF DISHONOR FILED FOR
THE UNITED STATES INSURECTION.

8-26-2025
_(Date)_

I AFFEST

_(Signature of Plaintiff)_

# EXHIBIT COVER PAGE



EXHIBIT

Description of this Exhibit: *THREE PART EXHIBIT FOR THE UNITED STATES COURT, CENTRAL DISTRICT*

*B - 2025*

Number of pages to this Exhibit: __12__ pages.

JURISDICTION:  (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☒ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

U.S. Court, Central District

8 - 26 - 2025

# EXHIBIT COVER PAGE ~ 1

Σ X H I B I T   1

MAGIS DE BONO QUAM DE MALO LEX INTENDIT
THE LAW FAVORS A GOOD RATHER THAN A BAD
CONSTRUCTION.

JUNIOR MOORE

DONALD TRUM

PETER HOLM

GENERAL HAYDEN

SCTE - DEFINED AS
CONTENDING; NOW IN
REBELLION WITH
THE U.K.

BILL GATES
JUNIOR

WILLIAM
LASU
JVR

NO CONTENTE
HEXAGON TO POLYPHONY - CIRCUIT A CLOSED PATH AND
A OPEN CIRCUIT. POLYPHONY THE COMBINATION OF TWO
OR MORE MELEODIL PARTS - WARNING HOLOGRAM
POSING AS A ANGEL OF LIGHT, REBELLION; AND SEE
THE SEVEN YEAR WAR.

47

U.S. Court, Central District
8 · 2025

# EXHIBIT COVER PAGE - 2

Exhibit - 2 Six Pages Total  2 A ~~To~~ 2 H

Exhibit 2 A - Timeline Officers Signature
And Date For Recieving Mail
Important And Close To The
Violation Date

Exhibit 2 B/C The Handwritten Claim That
Got Approved - Prima Facie,
For Perspective

Exhibit 2 D/E The Granted Approval For
2 B/C

Exhibit 2 F Self Incriminating Evidence
With Admittance Of Error
See Sub Category: Error In
Sentencing Document Dated
4/8/2025

See Exhibit Cover Page 3 For Summary
Of Violation. Trespass Violation,
Ingress And Egress ....

U.S. COURT,
CENTRAL DISTRICT

**OOA RECEIVED**

DEC 3 0 2024

∂E

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: | 000000652286 | Date Received: |
|---|---|---|---|
| | Decision Due Date: | | |
| | Categories: | | |

**Claimant Name:** VANHUISEN, GREGORY SCOTT          **CDCR #:** AS8561

**Institution/Parole Region:** LAC-SP          **Current Housing/Parole Unit:** D4235

**STAFF USE ONLY**

OOA Review
Imminent Risk: Y (N)
Comment:
OOG Notification: Y / N
Comment:
Initials: CD   Date: 12/30/24

*Use this form to appeal a decision or a remedy by the Office of Grievances.*

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** 000000652286          **Claim No:** ALL

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* LOST LEADER – SEE REVERSION

EXHAUSTION DOCTRINE – CLAIMS UNDER A LOST LEADER
WHEN POINTLESS do NOT HAVE TO BE FULLY EXHAUSTED.
SEE INGRESS/EGRESS AS OF 11-22-2024 I WILL BE SERVING
AN UNLAWFUL SENTENCE/UNAUTHORIZED SENTENCE. I RECIEVED
A NATURAL RELEASE DATE CHANGE INGRESS AND IT WAS REVOKED
(SEE REVERSE SIDE)

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the
Office of Grievances when reviewing your appeal, but will not consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _[signature]_          **Date Signed:** 12/16/24

*ADA Accessible*

49,

STATE OF CALIFORNIA
**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

OGT Log No: _____ 000000652286 _____     Claim No: _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* THROUGH SOPHISM. I NEVER
RECIEVED THE FORMAL RESCISSION SUCH AS EGRESS
FOR THE NATURAL DISPOSITION. I WAS DEPRIVED OF
MY NATURAL RIGHT OF EGRESS. THIS MAKES THE HOLD
CURRENTLY A UNLAWFUL HOLD. CONCISE, "A VALID POINT
CAPABLE OF BEING JUSTIFIED. THIS IS GROSS NEGLIGENCE
WHICH IS PUNITIVE AT STATE LEVELS UNDER A COLT LEADER.
COLOR OF STATE LAW. THIS MEANS A WHILE A PUBLIC
OFFICIAL IS ACTING OR PRETENDING AMONGST HIS PEER
ORDINANCES. THE CURRENT CIRCUMSTANCES NOW, WHILE
THE PLAINTIFF/PATRICIAN AND ADVERSE CLAIMAN SIT
INCARCERATED SOLELY ARE IMMINENT DANGER UNDER
THE FIFTH AMENDMENT "LIFE OR LIMB", NO BODY CAN BE
HELD TWICE LIABLE FOR THE SAME OFFENSE OR PUT IN
DANGER OF LIFE OR LIMB.

THIS IS CONCISE, NOW LIFE OR LIMB SEE SNARE
DEFINED AS A TREACHEROUS OR MALICIOUS PERSON.
COLT LEADER - KING COBRA - HOLDING OF A
INDISPENSABLE PARTY SUCH AS A PATRICIAN TO THE
"SEPERATE BUT EQUAL STATION" SEE TREACHERY AND
ALSO OPERATIVE PART? - UNFIT/UNCONSTITUTIONAL
UNLAWFUL HOLDING IS FOR "MOSEDA" THIS IS SAXON-
PHONE FOR MURDER. SEE SEVEN YEAR WAR, "WHEN
ENGLAND AND PRUSSIA DEFEATED FRANCE AUSTRIA,
RUSSIA SAVONY AND SWEDEN IN A SEVEN YEAR WAR.

THE HOLD IS "DOUBLE JEOPARDY" UNDER THE FIRST
AMENDMENT. ULTRA HAZARDOUS ACTIVITY AND
ABNORMALLY DANGEROUS ACTIVITY. IF THEY DENY MY
NATURAL RELEASE TO HOLD FOR A ILLEGITIMATE
CONTRACT OF PER HOERTA. THEN HOLDING IS ONLY
FOR THE POSITION, SUCH AS "LIFE OR LIMB AND
OBVIOUSLY RETALIATORY FOR THE INITIAL CHARGE
WITH REASONABLE BELIEF. THIS MEANS BEING HELD
TWICE LIABLE FOR THE SAME OFFENSE AND EVIDENCE OF
ENTRAPMENT

*ADA Accessible*

50

**California State Prison - Los Angeles County**

Name: _VAN LOUISEN GREGORY_

CDC #: _AS856L_

Facility _D_ Building _4_ Bed _235_

P.O. Box _8457_

Lancaster, CA 93539

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND
REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes
Facility A - P.O. Box 4430
Facility B - P.O. Box490
Facility C - P.O. Box4610
Facility D - P.O. Box 4670
Minimum (MSP) 4730
Legal Mail - P.O. Box 8457
Money Orders - P.O. Box 8487

SANTA CLARITA CA 913
24 DEC 2024 PM 5 L

FIRST-CLASS

US POSTAGE
ZIP 93536
02 7H
000303406 DEC 24 2024
$ 000.69⁰

94263-

OFFICE OF APPEALS
DEPARTMENT OF CORRECTIONS AND REHAB
P.O. BOX 942883
SACRAMENTO, CA 95611

CONFIDENTIAL LEGAL MAIL
CALIFORNIA STATE PRISON - LOS ANGELES COUNTY
STAFF NAME: _A. Cubba_
BADGE NUMBER: _0042_
DATE SIGNED: _1/14/07_
STAFF SIGNATURE _(illegible)_
(CDC Form 1819 Notification of Disapproval)

**UNAUTHORIZED ITEMS WITHIN INMATE MAIL**

If mail contains these items, it will result in an issuance of a CDC Form 1819 Notification of Disapproval

- No Peel & Seal, padded, cardboard or bubble wrap envelopes.
- No cardstock, sketch pads, construction paper or colored paper.
- No musical greeting cards, videos, CD's, or cassette tapes.
- No cash, No pens, pencils, or markers.
- No identification cards, credit cards, bank cards, phone cards, etc.
- No Polaroid photographs, negatives, slides, or photo albums. No photos depicting drugs and/or drug paraphernalia. No photos, drawings, magazines, and/or pictorials displaying frontal nudity of either gender. Nothing which depicts, displays, or describes sexual penetration or sexual acts.
- No gang affiliated material, hand gestures, or signs.
- No items of clothing, food, hard plastic, metal, wood items, magnets, rubber, stickers, glue and/or glitter.
- No tattoo patterns or tracing patterns. No jewelry.
- No mail containing unknown substance, any powder, liquid and/or solids.
- No unauthorized correspondence between inmates/parolees.
- No lipstick, perfume, cologne, and scents on the contents or envelope.
- No items which may be deemed a threat to the safety and security of the institution, or any correspondence deemed circumvention of the mail policies and procedures.
- All incoming mail must have full return address.

**AUTHORIZED ITEMS WITHIN INMATE MAIL**

- 40 postage stamps/40 envelopes (Prepaid postage must not show the bar code)
- Letters/greeting cards
- 10 photographs (no larger than 8" x 10")
- Checks/money order with inmate's name and CDC#
- Writing paper (white/yellow lined only)
- Publications (books, magazines, newspapers) MUST come directly from vendor
- For funds to be mailed directly to inmates account, send through www.keyunze or (800) 574-5729



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

INSTRUCTIONS: Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** VANHUISEN, GREGORY SCOTT

**Date:** 02/27/2025

**CDC#:** AS8561

**Current Location:** LAC-Facility D

**Current Area/Bed:** D_003 2 - 222001L

**Log #:** 652286

| Claim # 001 | |
|---|---|
| **Received at Institution/Parole Region:** | Mule Creek State Prison |
| **Submitted to Facility/Parole District:** | Mule Creek State Prison |
| **Housing Area/Parole Unit:** | |
| **Group:** Offender Services     **Category:** Mail | **Sub-Category:** Legal Mail |

## I. ISSUE ON APPEAL

You claim as of November 22, 2024, you will be serving an unlawful/unauthorized sentence.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, sections 3001, 3481(a), and 3483(g)(1)

### B. DOCUMENTS CONSIDERED

Grievance and Appeal Log No. 652286

## III. REASONING AND DECISION

The review finds the grievance response lacks sufficient reasoning in support of the decision. As mandated within Title 15, section 3481(a), a claimant shall receive a written response clearly explaining the reasoning for the decision in each claim. Specifically, the response addressed appellant's claim as if appellant was grieving a hold on appellant's legal mail; however, appellant appears to be claiming appellant is being held within the Department of Corrections and Rehabilitation unlawfully. Based upon the response provided, the Office of Appeals is unable to accurately determine a decision on the matter. Thus, the claim is granted.

## IV. REMEDY

The Office of Grievances shall open a new grievance log number, gather, and preserve all relevant evidence, and answer this claim on its merit. Specifically, the institution shall review any, and all documentation, conduct all relevant clarifying interviews and provide a substantive response regarding the alleged claim.

52

**Decision: Granted**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is granted. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 02/26/2025 |

53

*(handwritten annotations across top:)*
District
Nos 2:25CV-0-2067-MWF-SPL   2H
Nagy Circuit
Exhibit  2  - 2 Pages
Docket # 20616
5-1-2025

**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

<u>INSTRUCTIONS:</u> Do not mail this response.
**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** VANHUISEN, GREGORY SCOTT
**CDC#:** AS8561
**Current Location:** LAC-Facility D

**Date:** 12/04/2024

**Current Area/Bed:** D  004  2 - 235001L

**Log #:** 000000652286

---

**Claim #: 001**
**Received at Institution/Parole Region:**   Mule Creek State Prison
**Submitted to Facility/Parole District:**    Mule Creek State Prison
**Housing Area/Parole Unit:**
**Group:**   Offender Services          **Category:**   Mail          **Sub-Category:**  Legal Mail
**I. CLAIM**

Claimant verifying legal mail sent out on 11/7/2024, unlawful holding mail.

**II. RULES AND REFERENCES**

   **A. CONTROLLING AUTHORITY**

   CCR Title 15 Section 3142(d) Inmates shall post confidential mail by presenting the mail unsealed to designated staff. In the presence of the
   inmate, the staff shall remove the contents of the envelope upside down to prevent reading of the contents. Staff shall remove the pages and shake
   them to ensure there is no prohibited material, consistent with these regulations. If no prohibited material is discovered, the contents shall be
   returned to the envelope and sealed. Staff shall place their signature, badge number and date across the sealed area on the back of the envelope.
   Staff shall then deposit the confidential mail in the appropriate depository.

   **B. DOCUMENTS CONSIDERED**

   CCR Title 15
   CDC 119 Legal Mail Log

**III. REASONING AND DECISION**

After a review of the claimant's CDC 119 Legal Mail Log, the claimant has no outgoing legal mail for the claimant on November 7, 2024. The mailroom
processed two outgoing pieces of legal mail from the claimant on November 12, 2024. The mailroom processed all outgoing legal mail in accordance with
CCR Title 15 and the DOM.

**IV. Comments**

**V. Claim Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to deny this

54

U.S. Court Cut....

PAGE 3
8-11-25
2 F



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

<u>INSTRUCTIONS:</u> Do not mail this response.

**Effective Communication** shall be provided upon delivery and documented in SOMS.

**Offender Name:** VANHUISEN, GREGORY SCOTT          **Date:** 04/08/2025
**CDC#:** AS8561
**Current Location:** LAC-Facility D          **Current Area/Bed:** D 003 2 - 222001L

---

**Log #:** 703706

---

**Claim #: 001**

**Received at Institution/Parole Region:** Mule Creek State Prison
**Submitted to Facility/Parole District:** Mule Creek State Prison
**Housing Area/Parole Unit:**
**Group:** Case Records and Classifications      **Category:** Case Records          **Sub-Category:** Error in Sentencing Document

**I. CLAIM**

Per OOA Remedy for Grievance Log #652286:
The review finds the grievance response lacks sufficient reasoning in support of the decision. As mandated within Title 15, section 3481(a), a claimant shall receive a written response clearly explaining the reasoning for the decision in each claim. Specifically, the response addressed appellant's claim as if appellant was grieving a hold on appellant's legal mail; however, appellant appears to be claiming appellant is being held within the Department of Corrections and Rehabilitation unlawfully. Claimant alleges as of November 22, 2024, they will be serving an unlawful/unauthorized sentence. MCSP shall gather, and preserve all relevant evidence, and answer this claim on its merit. Specifically, the institution shall review any, and all documentation, conduct all relevant clarifying interviews and provide a substantive response regarding the alleged claim.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Proposition (Prop) 57 effectives 05/01/2017; 05/01/2021; 12/28/2021
California Code of Regulations (CCR), Title 15, Section 3043, 3043.1, 3043.2, 3043.3, 3043.6, 3044, 3315
Penal Code (PC) 667.5(c), 2933.1, 667(b)-(i), 1170.12
CCR, Title 15, Section 3000, Definitions
CCR, Title 15, Section 3001, Subject to Regulations
CCR, Title 15, Section 3481, Claimant's Ability to Grieve and Appeal
CCR, Title 15, Section 3483, Grievance Review

**B. DOCUMENTS CONSIDERED**

Grievance Log #703706
Amended Abstract of Judgment Alameda County Court Case #H50216
Abstract of Judgment Alameda County Court Case #H50217
Amended Minute Order Alameda County Court Case #H50216/H50217
CalcIT Calculation Worksheet dated 04/02/2025

**III. REASONING AND DECISION**

Claimant was sentenced as a violent second-striker offender from Alameda County Court Case #H50216/H50217 for PC192(a) Voluntary Manslaughter, case enhancement PC667.5(a) Prior Prison Term/Violent, PC245(a)(1) Assault with a Deadly Weapon and offense enhancement PC12022.7(a) Inflict for a total determinate term of 27 years,

The Good Conduct Credit (GCC) earning rate for a violent offender is 15%. Effective 05/01/2017, pursuant to the implementation of Proposition (Prop) 57, the GCC earning rate increased from 15% to 20%. Effective 05/01/2021, pursuant to Prop 57, the GCC earning rate increased from 20% to 33.3%.

The claimant's Earliest Possible Release Date (EPRD) is calculated correctly with an EPRD of 02/12/2028. The claimant has received all credit reductions available pursuant to Prop 57.

If the claimant perceives an issue with their sentence, the appropriate parties to contact would be either the incarcerated person's attorney, or the appropriate sentencing court. For these reasons, your claim is denied.

## IV. Comments


**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY the claim.

If you are dissatisfied with the decision of this claim, you may appeal this decision by mailing a CDCR Form 602-2 to the Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| T. Tyler [TYTH002] | Reviewing Authority | 04/07/2025 |

56

U.S. Courts For The Central District

# EXHIBIT COVER PAGE - 3

3 Pages Total       Page 1 - Court
                    Page 2 - Letter
Forum Non Convenience       Page 3 - Release Motion
Disparate Impact            Hooup on Discovery
                            Fighting - Qualify
                            For Attorney And
                            Not Given One
                            See Due Process Clause

Jurisdiction That Vacated Unlawful
However They May Have Backtracked
I Still Have A New Release Date Change
Notification Placed Under My Cell Door
MCSP 236  A Yard 5 Block
       MCSP A 5 236

The New Release Date Notification
Was For 11-27-2024  See Engress
And Egress,  I Was Violated
Lawful Entry And Unlawful Exit
No Egress. Civil Rights.
A Deliberate Indifference Causing
A Material Adverse Effect
Such As False Scales, The Domino
Effect And Chafing - The Greater
Contains The Less.
The Banditti And The U.S. Insurrection
A [an Adversary] Party Rescinded
Through Unlawful Coercion Denying
It Ever Happened However See If
Admittance Finally Came But On
4-8-2025 Six Months After The
Scheduled Release. This Was The
First On File.  57

Supreme Court of California

JORGE E. NAVARRETE
CLERK AND EXECUTIVE OFFICER
OF THE SUPREME COURT

EARL WARREN BUILDING
350 McALLISTER STREET
SAN FRANCISCO, CA 94102
(415) 865-7000

May 23, 2025

**SENT VIA USPS**

Gregory Scott Vanhuisen, #AS-8561
California State Prison, Los Angeles
P.O. Box 8457, D-3-222
Lancaster, CA 93539

**Re:** ***S285756 - VAN HUISEN (GREGORY SCOTT) ON H.C.***

Dear Mr. Vanhuisen:

This will acknowledge receipt of your letter received May 21, 2025. You are advised that your petition for writ of habeas corpus, received and filed on July 1, 2024, has been denied.

The order denying your petition was final forthwith and may not be reconsidered. Please rest assured, however, that the petition, and the contentions made therein, were considered by the entire court, and that the denial expresses the decision of the court on this matter. A copy of the court's denial order was mailed to you on the date it was issued, an additional copy is enclosed here for your convenience.

Sincerely,

JORGE E. NAVARRETE
Clerk and
Executive Officer of the Supreme Court

By: D. Urzua, Deputy Clerk

Enclosure

cc: Rec.

1 California Criminal Discovery

[The People or Defendant] seek the following records, complaints, and information:

[List them]

### Element No. 4: Affidavit showing "good cause"

The party making a *Pitchess* motion must make a sufficient *prima facie* showing of "good cause" to justify having the court conduct an *in camera* review of the pertinent officers' personnel files for any responsive documents. Evid. Code § 1043(a), (b)(3); *Abatti v. Super. Ct.*, 112 Cal.App.4th 39, 49–50 (2003); *Eulloqui v. Super. Ct.*, 181 Cal.App.4th 1055, 1063 (2010). The "good cause" must be set forth in an affidavit, and that affidavit may be based upon information and belief of an attorney rather upon than personal knowledge. *Garcia v. Super. Ct.*, 42 Cal.4th 63, 70 (2007); *People v. Mooc*, 26 Cal.4th 1216, 1226 (2001); *cf. City of Santa Cruz v. Muni. Ct.*, 49 Cal.3d 74, 86 (1989) (personal knowledge not necessary); *Brant*, 108 Cal.App.4th at 105 (affidavit by attorney permissible).

To establish "good cause," the moving party must:

(1) "[S]tat[e] upon reasonable belief that the government agency identified has the records or information from the records," Evid. Code § 1043(b)(3); and

(2) Establish that the information sought is "material[]" to "the pending litigation," *id.*

"Good cause" is a "relatively relaxed standard[]," *People v. Gaines*, 46 Cal.4th 172, 179 (2009), that "sets a relatively low threshold," *id.* at 182, and requires "only a minimal showing," *Garcia*, 42 Cal.4th at 72.

The first element of "good cause" is met. As noted above, [Attorney name] has stated with "some specificity" "upon reasonable belief" that [agency name] has the *type* of information Defendant seeks. *City of Santa Cruz*, 49 Cal.3d at 91–92; *Warrick v. Super. Ct.*, 35 Cal.4th 1011, 1021 (2005). [Attorney name]'s declaration shows "more than a 'mere desire for the benefit of all information.'" *City of Santa Cruz*, 49 Cal.3d at 91–92 (citation and internal quotations omitted); *Warrick*, 35 Cal.4th at 1021.

The second element of "good cause" is also met. The records and/or information sought must be "material" to the *pending litigation*—which, in this case, is the upcoming [insert proceeding (trial, suppression motion, etc.)]. *E.g.*, *Giovanni B. v. Super. Ct.*, 152 Cal.App.4th 312, 319 (2007). A moving party can establish that the records and/or information it seeks are "material" if it does the following:

(1) Sets forth a "specific factual scenario of officer misconduct [in this case] that is plausible when read in light of the pertinent documents," *Uybungco v. Super. Ct.*, 163 Cal.App.4th 1043, 1048–49 (2008) (citation and internal quotations); and

(2) Articulates "a logical link between the information [sought by the *Pitchess* motion] and a proposed defense to the pending charge," *Sisson v. Super. Ct.*, 216 Cal.App.4th 24, 36 (2013), by explaining (a) how the information sought would reveal past officer misconduct that "is similar to the misconduct alleged … in the pending litigation," *California Highway Patrol v. Super. Ct.*, 84 Cal.App.4th 1010, 1021 (2000); *and* (b) "[h]ow the discovery [of the past officer misconduct] being sought would support … a defense [in the present proceeding] or how it would impeach the officer's version of events." *Garcia*, 42 Cal.4th at 71 (citation and internal quotations omitted);

[For defense:]

In this case, Defendant has alleged that [named officer(s)] engaged in the following misconduct. [Describe use of excessive force, use of violence, false statement in police reports, other deceptive conduct in this case.] (Decl. of [Attorney name], ¶¶[citation].) The defendant has therefore discharged its duty to present (a) an "alternate version of the facts." *People v. Sanderson*, 181 Cal.App.4th 1334, 1340–41 (2010). (b) that is plausible. In evaluating whether this alternate version is "plausible," a court is not to ask whether it is persuasive or credible. *People v. Thompson*, 141

59.